**Larry NEASE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58939.**

Missouri Court of Appeals,
Western District.

April 10, 2001.

Emmett D. Queener, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa Sutherland, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ULRICH, P.J., EDWIN H. SMITH and NEWTON, JJ.

## ORDER

PER CURIAM:

Larry Nease appeals the denial of his Rule 24.035 motion for postconviction relief after a hearing.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b)